UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Samir Reda**

    Plaintiff

    v.       **Civil Action No.** 22-10444-FDS

**PHH Mortgage Corporation et al**

    Defendant

SETTLEMENT ORDER OF DISMISSAL

Saylor, C.J.

    The Court having been advised that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

7/28/2022
Date

/S/ Samantha Dore
Samantha Dore
Docket Clerk